# United States Court of Appeals
## For the Eighth Circuit

_____

No. 25-2116
_____

United States of America

*Plaintiff - Appellee*

v.

Jason Douglas Ringold

*Defendant - Appellant*
_____

Appeal from United States District Court
for the Southern District of Iowa - Eastern
_____

Submitted: March 30, 2026
Filed: April 2, 2026
[Unpublished]
_____

Before SMITH, GRASZ, and STRAS, Circuit Judges.
_____

PER CURIAM.

Jason Ringold appeals the sentence the district court[1] imposed after he pleaded guilty to a drug offense pursuant to a written plea agreement. His counsel has moved

_____

[1]The Honorable Stephanie M. Rose, Chief Judge, United States District Court for the Southern District of Iowa.

to withdraw and has filed a brief under <u>Anders v. California</u>, 386 U.S. 738 (1967), challenging the substantive reasonableness of the sentence.

After careful review, we conclude the district court did not abuse its discretion in sentencing Ringold.  <u>See</u> <u>United States v. Feemster</u>, 572 F.3d 455, 461-62 (8th Cir. 2009) (en banc) (standard of review); <u>see also</u> <u>United States v. Sharkey</u>, 895 F.3d 1077, 1082 (8th Cir. 2018) (per curiam) (concluding district court did not abuse its discretion where it considered and rejected argument based on policy disagreement with Guidelines); <u>United States v. McCauley</u>, 715 F.3d 1119, 1127 (8th Cir. 2013) (noting that it is "nearly inconceivable" that the district court abused its discretion in not varying further when it varied below the United States Sentencing Guidelines Manual range).  Further, having independently reviewed the record under <u>Penson v. Ohio</u>, 488 U.S. 75 (1988), we find no non-frivolous issues for appeal.  Accordingly, we grant counsel's motion to withdraw and affirm.

_____